

NUMBER 13-13-00509-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HWEE YING WONG,                                                                    Appellant,

v.

SUSY PONCE,                                                                         Appellee.

### On appeal from the County Court at Law No. 2
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant filed an appeal from a judgment entered by the County Court at Law No. 2 of Cameron County, Texas, in cause number 2012-CCL-00521. On October 18, 2013, this Court abated and remanded the case to the trial court for further proceedings, pursuant to TEX. R. CIV. P. 306a(4),(5). This case is now before the Court on appellant's unopposed motion to dismiss appeal. The motion states that the trial court entered an

order granting motion for new trial on December 11, 2013. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
27th day of March, 2014.